THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DELVA ZARATE, a single person,<br><br>                Plaintiff,<br><br>   v.<br><br>M/V TATU, Official Number 734665, and its engines and appurtenances, *in rem*, and PLATINUM PREMIER CORP. and MICHAEL SIMS, *in personam,*<br><br>                Defendants. | IN ADMIRALTY<br><br>No.: 2:14-CV-00563-RSL<br><br>**STIPULATED MOTION AND ORDER VACATING ARREST**<br><br>**NOTE ON MOTION CALENDAR:**<br>**May 14, 2014** |

Plaintiff Delva Zarate and Defendants Platinum Premier Corp. and Michael Sims jointly move this Court for an order vacating the arrest of M/V TATU (ON. 734665), effective immediately.

Although undersigned counsel understand that the Court's ruling at this morning's hearing effectively vacated the arrest of the vessel and ordered the vessel to be re-arrested, the U.S. Marshal reports that no order vacating the arrest has been received. To clear up any confusion on this point, the parties advise the Court that they reached agreement to conditionally settle the action subject to terms and conditions to be memorialized by the parties by CR 2A Agreement, and the parties therefore respectfully request that the Court issue an order vacating the arrest and directing the U.S. Marshal to release the vessel immediately.

//

STIPULATED MOTION AND ORDER VACATING ARREST - 1
(2:14-cv-00563-RSL)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

1  DATED this 14th day of May 2014.

2  NICOLL BLACK & FEIG, PLLC                    KARLBERG & ASSOCIATES PLLC
   *(via email authority on 5/14/2014)*

    */s/ Jeremy B.Jones*                         */s/ Kenneth L. Karlberg*
   Christopher W. Nicoll, WSBA No. 20771        Kenneth L. Karlberg, WSBA No. 18781
   Jeremy B. Jones, WSBA No. 44138              909 Squalicum Way, Suite 110
   1325 Fourth Avenue, Suite 1650               Bellingham, WA 98225
   Seattle, WA 98101                            (360) 325-7774
   (206) 838-7555                               Attorney for Plaintiff
   Attorneys for Defendants

STIPULATED MOTION AND ORDER VACATING ARREST - 2
(2:14-cv-00563-RSL)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The Warrant for Arrest of M/V TATU (Dkt. #13) is hereby **VACATED**;

2. The U. S. Marshal is hereby **ORDERED** to arrange for the immediate release of M/V TATU; and

3. The Clerk of Court is hereby **ORDERED** to provide a copy of this Order to the U. S. Marshal.

DATED this 15th day of May, 2014.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

PRESENTED BY:

NICOLL BLACK & FEIG, PLLC

  */s/ Jeremy B. Jones*
Christopher W. Nicoll, WSBA No. 20771
Jeremy B. Jones, WSBA No. 44138
1325 Fourth Avenue, Suite 1650
Seattle, WA 98101
(206) 838-7555
Attorneys for Defendants

**REVIEWED, APPROVED AS TO FORM BY:**

KARLBERG & ASSOCIATES PLLC
*(via email authority on 5/14/2014)*

*/s/ Kenneth L. Karlberg*
Kenneth L. Karlberg, WSBA No. 18781
909 Squalicum Way, Suite 110
Bellingham, WA  98225
Tel:  360-325-7774

STIPULATED MOTION AND ORDER VACATING ARREST - 3
(2:14-cv-00563-RSL)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555